GRAVES v. HYATT.

RECISSION OF CONTRACT—*Mis-description.*

The mere clerical error in the number of a lot sold, by which no one is mislead, and where the description is otherwise certain, will not afford ground for releasing the purchaser from his contract ; but it is proper for a Court of Chancery on the proper application, to correct the error.

McKINNEY, J., delivered the opinion of the court :

There is no ground shown for discharging the petitioner from his purchase. The mere clerical error in the number of the lot sold is of no importance. The

lot. actually sold and purchased by the petitioner was the same lot intended to be sold. The purchaser got the property he intended to purchase. The error in the number of the lot misled no one. It might well have been rejected as surplusage, as the description of the lot was sufficiently certain without it. Though in correcting the error in this respect by a subsequent order, the Chancellor acted properly.

*Decree affirmed.*